NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000823
25-JAN-2013
09:12 AM

NO. CAAP-11-0000823

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


KAUAI COMMUNITY FEDERAL CREDIT UNION,
Plaintiff-Appellee,
v.
JACOB M. PIA,
Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CASE NO. RC 11-1-0500)

ORDER DENYING APPELLANT'S MOTION FOR
RECONSIDERATION OF SUMMARY DISPOSITION ORDER
(By:  Foley, Presiding J., Leonard and Ginoza, JJ.)


Upon consideration of Defendant-Appellant Jacob M. Pia's January 17, 2013 Motion for Reconsideration of the Intermediate Court of Appeals' Summary Disposition Order filed on January 7, 2013, the memorandum/papers in support of the motion, and the records and files in this case,

**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, January 25, 2013.

Presiding Judge

Associate Judge

Associate Judge

2